UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

E. MISHAN & SONS, INC.,

                Plaintiff,

- against -

PROMIER PRODUCTS INC. and BIG LOTS STORES, INC.,

                Defendants.

**ORDER**

19 Civ. 6999 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

       It is hereby ORDERED that there shall be a conference in this matter on **February 20, 2020 at 11:00 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York. The parties are directed to submit a joint status letter and proposed case management plan by **February 13, 2020**.

Dated: New York, New York
       January 24, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge