LAW OFFICE
# NOTARO, MICHALOS & ZACCARIA P.C.

ANGELO NOTARO
PETER C. MICHALOS
JOHN ZACCARIA
NADER A. ABADIR
BRADLEY S. CORSELLO
PETER BUCCI
ALAN FEDERBUSH
BRIAN J. DOYLE

PATENTS
TRADEMARKS
COPYRIGHTS

OF COUNSEL
MILTON WOLSON

February 13, 2020

MEMO ENDORSED

**BY ECF**

Hon. Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007

The Application is granted. The conference is adjourned to March 19, 2020 at 9:30 a.m.

SO ORDERED:
*/s/ Paul G. Gardephe/*
Paul G. Gardephe, U.S.D.J.
Dated: Feb. 19, 2020

Re: *E. Mishan & Sons, Inc. v. Promier Products Inc. and Big Lots Stores, Inc.*
Civ. Action No. 1:19-cv-06999

Dear Judge Gardephe:

We represent plaintiff E. Mishan & Sons, Inc. ("Emson") in the above-captioned action, and respectfully submit this letter jointly with counsel for defendants Promier Products Inc. ("Promier") and Big Lots Stores, Inc. ("Big Lots") (collectively, "Defendants") pursuant to the Court's Order (ECF 32) to submit a proposed case management plan by February 13, 2020.

Earlier today, the parties reached a settlement in principle. Although the parties submit the attached proposed case management plan in compliance with the Court's Order, the parties respectfully request the Court hold the proposed case management plan in abeyance and adjourn the conference scheduled for February 20, 2020 at 11:00 a.m. in order to give the parties time to memorialize the settlement with a written settlement agreement which will include a consent judgment.

Thus, pursuant to Rule I.E of the Court's Individual Rules of Practice, we respectfully request a 30-day adjournment of the February 20, 2020 conference (e.g., to March 19, 2020).

Counsel for Defendants have reviewed and granted consent to the submission of this letter.

Respectfully submitted,

*s/Alan Federbush*

Alan Federbush

cc:
All counsel of record by ECF