UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

E. MISHAN & SONS, INC.,

                Plaintiff,

     - against -

PROMIER PRODUCTS INC. and BIG LOTS
STORES, INC.,

                Defendants.

**ORDER**

19 Civ. 6999 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the conference in this matter currently scheduled for

March 19, 2020 is adjourned to **April 16, 2020 at 11:00 a.m**. The parties are directed to submit

a joint status letter by **March 19, 2020**.

Dated: New York, New York
      March 16, 2020

                    SO ORDERED.

                    _____
                    Paul G. Gardephe
                    United States District Judge