LAW OFFICE
# NOTARO, MICHALOS & ZACCARIA P.C.

ANGELO NOTARO
PETER C. MICHALOS
JOHN ZACCARIA
NADER A. ABADIR
BRADLEY S. CORSELLO
PETER BUCCI
ALAN FEDERBUSH
BRIAN J. DOYLE

PATENTS
TRADEMARKS
COPYRIGHTS

OF COUNSEL
MILTON WOLSON

**MEMO ENDORSED**

The conference is adjourned to May 21, 2020 at 11:00 a.m.
SO ORDERED.

*[signature]*

Paul G. Gardephe
United States District Judge
May 13, 2020

May 13, 2020

BY ECF

Hon. Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007

Re:   *E. Mishan & Sons, Inc. v. Promier Products Inc. and Big Lots Stores, Inc.*
      Civ. Action No. 1:19-cv-06999

Dear Judge Gardephe:

We represent plaintiff E. Mishan & Sons, Inc. ("Emson") in the above-captioned action, and respectfully submit this letter jointly with counsel for defendants Promier Products Inc. ("Promier") and Big Lots Stores, Inc. ("Big Lots") (collectively, "Defendants").

Consistent with the parties' last status letter of April 15, 2020, the parties have reached a settlement. We expect the written agreement, which includes a Consent Judgment, to be finalized within a few days and expect to submit the Consent Judgment dismissing the action for the Court's approval shortly.

Accordingly, the parties respectfully request the Court adjourn the conference presently scheduled for May 14, 2020 another week in order to give the parties time to finalize the above.

Thus, pursuant to Rule I.E of the Court's Individual Rules of Practice, we respectfully request a 7-day adjournment of the May 14, 2020 conference (e.g., May 21, 2020).

Counsel for Defendants have reviewed and granted consent to the submission of this letter.

Respectfully submitted,

*s/Alan Federbush*

Alan Federbush

cc:
All counsel of record by ECF